UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERREL LEONARD THOMAS,

    Plaintiff,

v.                        Case No. 8:16-cv-3482-T-33AEP

SHANE DERRYBERRY, et al.,

    Defendants.
_____/

**ORDER**

    This matter is before the Court sua sponte. Pro se Plaintiff Derrel Leonard Thomas filed this action on December 23, 2016. (Doc. # 1). Simultaneous with his Complaint, Thomas moved for leave to proceed in forma pauperis. (Doc. # 2). That motion was denied on March 23, 2017. (Doc. # 6). Because the 90-day period for completing service of process had expired, the Court sua sponte granted Thomas a 60-day extension of time to complete service. (Id.). Thus, the current deadline for Thomas to complete service and file proof thereof is May 22, 2017.

    As of this Order, only two of the seven Defendants have appeared; one has moved to quash service and the other has moved to dismiss. (Doc. ## 16, 17). Because the extended deadline to complete service is approaching, the Court takes this opportunity to again explain the requirements for effecting service on a Defendant.

In every civil case, "a summons must be served with a copy of the complaint." Fed. R. Civ. P. 4(c)(1). The methods for serving an individual within a judicial district of the United States are detailed in Rule 4(e). Additionally, "[t]he plaintiff is responsible for having the summons and complaint served . . . and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1). Because of the previously granted extension of time, the deadline for Thomas to accomplish service is **May 22, 2017,** which is 150 days from the date he filed the Complaint.

If Thomas is interested in maintaining the present action, he must become familiar with the Federal Rules of Civil Procedure, along with the Local Rules of the Middle District of Florida. The Court refers Thomas to its April 12, 2017, Order (Doc. # 13), which provides a non-exhaustive overview of the rules he must comply with and the consequences that may stem from his failure to do so.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff is instructed to comply with Rule 4 and to file proof of service once a Defendant has been served. The deadline to accomplish service is **May 22, 2017.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>9th</u> day of May, 2017.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE